BEFORE THE FIRST DIVISION, JUNE 29, 1961

**No. 65868.**—Pez Haas, Inc. v. United States, protests 59/11095, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of Pez candy dispensers the same in all material respects as those the subject of Abstract 65026, the claim of the plaintiff was sustained.